**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1131**

---

WILLIE H. MITCHELL, JR.,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  Terrence W. Boyle,
Chief District Judge.  (CA-02-4)

---

Submitted:  March 20, 2003          Decided:  March 27, 2003

---

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Willie H. Mitchell, Jr., Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Barbara Dickerson Kocher, OFFICE
OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie H. Mitchell, Jr., appeals the district court's order denying review of the Commissioner of Social Security's denial of Supplemental Security Income benefits. Mitchell contends only that the district court overlooked the Commissioner's failure to consider the report of a consultative physician as required by Social Security Ruling 96-6p ("SSR 96-6p"). We affirm.

This court reviews the Commissioner's final decision to determine whether it is supported by substantial evidence and whether the correct law was applied. Pass v. Chater, 65 F.3d 1200, 1203 (4th Cir. 1995). Because the Commissioner's decision indicates that the opinion of the consultative physician was considered and provides reasons for the weight accorded to that physician's report, we find no violation of SSR 96-6p. See 20 C.F.R. § 416.927(f) (2002).

Accordingly, we affirm the district court's order denying judicial review of the Commissioner's decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2